GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No. 0684


MICHAEL AMEDEO                        GROCHOCINSKI & GROCHOCINSKI
CONV FR CHP 7 (DPL)                   1900 RAVINIA PL
17810 S MITCHELL LANE                 ORLAND PARK, IL 60462
LOCKPORT, IL 60441

MARQUETTE BANK
10000 W 151ST ST
ORLAND PARK, IL 60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____
For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____
For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

MARQUETTE BANK
10000 W 151ST ST
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

DISCOVER BANK
DISCOVER FINANCIAL SERVICES
PO BOX 3025
NEW ALBANY, OH  43054

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

FISCHER MANGOLD JOLIET
7535 SOUTHFRONT RD #B
LIVERMORE, CA  94550

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

HSBC
961 WEIGEL DR
PO BOX 8606
ELMHURST, IL  60126

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

FINANCIAL RECOVERIES INC
5 E 2ND ST
FOND DU LAC, WI  54936

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

CREDITORS DISCOUNT & AUDIT
415 E MAIN ST
STREATOR, IL  61364

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

CREDITORS DISCOUNT & AUDIT
415 E MAIN ST
STREATOR, IL  61364

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO                                    Case No. 08-23894
                                                 Account No.  0684


COLLECTION PROFESSIONALS          MICHAEL AMEDEO
PO BOX 841                        CONV FR CHP 7 (DPL)
JOLIET, IL  60434-0841            17810 S MITCHELL LANE
                                  LOCKPORT, IL  60441


                                  GROCHOCINSKI & GROCHOCINSKI
                                  1900 RAVINIA PL
                                  ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                  /S/  Marifran Smith
                                  _____
                                  For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                  /S/  Marifran Smith
                                  _____
                                  For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

PRIMARY HEALTH ASSOC
15300 WEST AV #122
ORLAND PK, IL  60462

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

OSI COLLECTION SERVICES
1375 E WOODFIELD RD
SCHAUMBURG, IL  60173

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684


CITIBANK
PO BOX 6001
THE LAKES, NV  88901

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

THE EYE SPECIALISTS
% ARMOR SYSTEMS CORP
2322 N GREEN BAY RD
WAUKEGAN, IL  60087

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

WELLS FARGO FINANCIAL
PO BOX 98784
LAS VEGAS, NV  89193-8784

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

WFNNB/HARLEM FURNITURE
4590 E BROAD ST
COLUMBUS, OH  43213

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO                                    Case No. 08-23894
                                                 Account No.  0684


AT&T MOBILITY LLC                     MICHAEL AMEDEO
BANKRUPTCY DEPT                       CONV FR CHP 7 (DPL)
5407 ANDREWS HWY                      17810 S MITCHELL LANE
MIDLAND, TX  79706                    LOCKPORT, IL  60441


                                      GROCHOCINSKI & GROCHOCINSKI
                                      1900 RAVINIA PL
                                      ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                          /S/  Marifran Smith
                          _____

                          For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                          /S/  Marifran Smith
                          _____

                          For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No. 0684

LOCKPORT DENTAL
230 E 8TH ST #5
LOCKPORT, IL 60441

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL 60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL 60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

WELLS FARGO FINANCIAL BANK
ATTN RECOVERY DEPT
PO BOX 5943
SIOUX FALLS, SD  57117-5943

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

HINSDALE ORTHOPAEDIC ASSOC
PO BOX 914
LAGRANGE, IL  60525

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684


CHASE HOME FINANCE
DEPT OH4 7142
3415 VISION DR
COLUMBUS, OH  43219

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

CHASE HOME FINANCE
DEPT OH4 7142
3415 VISION DR
COLUMBUS, OH  43219

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

## NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

MARQUETTE BANK
10000 W 151ST ST
ORLAND PARK, IL  60462

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

MARQUETTE BANK
10000 W 151ST ST
ORLAND PARK, IL  60462

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

HARLEY DAVIDSON CREDIT
PO BOX 15129
PALATINE, IL  60055-5129

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684


GMAC PAYMENT CENTER
PO BOX 78367
PHOENIX, AZ  85062

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO                                    Case No. 08-23894
                                                 Account No.  0684


ILLINOIS DEPT REVENUE                     MICHAEL AMEDEO
BANKRUPTCY SECTION                        CONV FR CHP 7 (DPL)
PO BOX 64338                              17810 S MITCHELL LANE
CHICAGO, IL  60664-0338                   LOCKPORT, IL  60441


                                          GROCHOCINSKI & GROCHOCINSKI
                                          1900 RAVINIA PL
                                          ORLAND PARK, IL  60462



**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi




**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

ILLINOIS DEPT REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL  60664-0338

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO                                    Case No. 08-23894
                                                 Account No.  0684


FIA CARD SERVICES                                MICHAEL AMEDEO
ATTN MR BK                                       CONV FR CHP 7 (DPL)
1000 SAMOSET DR DE5 023 03 03                    17810 S MITCHELL LANE
NEWARK, DE  19713                                LOCKPORT, IL  60441


                                                 GROCHOCINSKI & GROCHOCINSKI
                                                 1900 RAVINIA PL
                                                 ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                                    /S/  Marifran Smith
                                    _____

                                    For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi




**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                                    /S/  Marifran Smith
                                    _____

                                    For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

FIA CARD SERVICES
ATTN MR BK
1000 SAMOSET DR DE5 023 03 03
NEWARK, DE  19713

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

FIA CARD SERVICES
ATTN MR BK
1000 SAMOSET DR DE5 023 03 03
NEWARK, DE  19713

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684


FIA CARD SERVICES                              MICHAEL AMEDEO
ATTN MR BK                                     CONV FR CHP 7 (DPL)
1000 SAMOSET DR DE5 023 03 03                  17810 S MITCHELL LANE
NEWARK, DE  19713                              LOCKPORT, IL  60441


                                               GROCHOCINSKI & GROCHOCINSKI
                                               1900 RAVINIA PL
                                               ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                        _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                        _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

FIA CARD SERVICES
ATTN MR BK
1000 SAMOSET DR DE5 023 03 03
NEWARK, DE  19713

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

                                    Case No. 08-23894
                                    Account No.  0684


REDLINE RECOVERY SRVS              MICHAEL AMEDEO
1145 SANCTUARY PKWY #350           CONV FR CHP 7 (DPL)
ALPHARETTA, GA  30004-4756         17810 S MITCHELL LANE
                                   LOCKPORT, IL  60441


                                   GROCHOCINSKI & GROCHOCINSKI
                                   1900 RAVINIA PL
                                   ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                         /S/  Marifran Smith
                         _____

                         For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                         /S/  Marifran Smith
                         _____

                         For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

PHILLIPS & COHEN ASSOC
695 RANCOCAS RD
WESTAMPTON, NJ  08060

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

CERTEGY CHECK SRV
1829 REISTERSTOWN #300
BALTIMORE, MD  21208

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

ADVANCED REPRODUCTIVE CTRS
14315 S 108TH AVE #230
ORLAND PARK, IL  60462

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684


CITICARDS PRIVATE LABEL
PO BOX 9025
DES MOINES, IA  50368

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

CITIBANK
% ACADEMY COLLECTION
10965 DECATUR RD
PHILADELPHIA, PA  19154-3210

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

WYSE FINANCIAL SERVICES
3410 S GALENA ST #250
DENVER, CO  80231

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

Case 08-23894    Doc 50    Filed 08/21/09    Entered 08/21/09 12:33:52    Desc Main
Document    Page 40 of 43

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

CITIFINANCIAL
939 OAK ST
NORTH AURORA, IL  60542

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

CITIFINANCIAL
939 OAK ST
NORTH AURORA, IL  60542

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441

GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

MICHAEL AMEDEO

Case No. 08-23894

Account No.  0684

CITIFINANCIAL RETAIL SVCS
PO BOX 183041
COLUMBUS, OH  43218

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:
MICHAEL AMEDEO

Case No. 08-23894
Account No.  0684

CITIFINANCIAL RETAIL SVCS
PO BOX 183041
COLUMBUS, OH  43218

MICHAEL AMEDEO
CONV FR CHP 7 (DPL)
17810 S MITCHELL LANE
LOCKPORT, IL  60441


GROCHOCINSKI & GROCHOCINSKI
1900 RAVINIA PL
ORLAND PARK, IL  60462


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313